| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF NEW YORK | CIVIL CONFERENCE<br>MINUTE ORDER |
| BEFORE: STEVEN I. LOCKE<br>         U.S. MAGISTRATE JUDGE | DATE: 9/26/24<br>TIME: 11:00 am |

CASE: **CV 24-1064 (JMA) Khan v. Port Washington Hospitality LLC et al**

TYPE OF CONFERENCE:   MOTION          FTR: 11:04-11:07

APPEARANCES:
 For Plaintiff:   James Jackson

 For Defendant:  Viviana Morales
                 Geoffrey Kalendar

**THE FOLLOWING RULINGS WERE MADE:**

☐   Scheduling Order entered.

☐   The court has adopted and So Ordered the joint proposed scheduling order [    ] submitted by the parties.

☒   ORDER:  Oral argument held on Plaintiff's motion to compel, DE [58], and the motion is granted as follows:  the motion is withdrawn as to the Fillas Defendants, who provided the responses sought.  The motion is granted as to the Vendome Defendants, who will serve their discovery responses no later than October 15, 2024.  The status conference scheduled for October 15, 2024 is moved to October 22, 2024 at 10:45am.  If there are any discovery issues to address at the conference, the parties will meet and confer prior to the conference file any letter motion(s) as appropriate.  Finally, the Court notes that the Vendome Defendants' opposition to the motion to compel, DE [60], was misfiled as a motion and is deemed withdrawn.

**COURT APPEARANCES:**
The following conference(s) will be held in courtroom 820 of the Central Islip courthouse:

   10/22/24 at 10:45 am   : Status conference


                                        SO ORDERED

                                         /s/Steven I. Locke
                                        STEVEN I. LOCKE
                                        United States Magistrate Judge