UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

AKLEEMA KHAN, *on behalf of herself, FLSA Collective Plaintiffs and the Class,*

        Plaintiffs,

v.

PORT WASHINGTON HOSPITALITY LLC
    d/b/a NINO'S BEACH,
NINO AQ LLC
    d/b/a NINO'S AQ,
46TH STREET HOSPITALITY, INC.
    d/b/a NINO'S 46,
VENDOME HOSPITALITY GROUP, LLC,
FILLAS RESTAURANT GROUP, LLC,
EVP HOSPITALITY, INC.,
FRANCO VENDOME, MICHAEL VENDOME,
GENNARO VENDOME, CHRISTOPHER FILLAS,
ELIAS FILLAS,
and EFTHIMIOS PAPANASTASOPOULOS
    a/k/a TIM PAPPAS,
        Defendants.

Case No.: 24-cv-01064

**NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT**

---

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Plaintiff AKLEEMA KHAN hereby accepts and provides notice that she has accepted Defendants' Offer of Judgment dated November 5, 2025, and annexed hereto as **Exhibit A**.

Dated: November 6, 2025

                              Respectfully submitted,

By: _____
C.K. Lee, Esq. (CL 4086)
LEE LITIGATION GROUP, PLLC
148 West 24th Street, 8th Floor
New York, NY 10011
Tel.: (212) 465-1188
*Attorney for Plaintiff, FLSA Collective Plaintiffs and the Class*

## CERTIFICATE OF SERVICE

I hereby certify that on November 6, 2025, I caused service of Plaintiff's Notice of Acceptance of Offer of Judgment to be served, via electronic mail, upon Defendants' counsel of record in this matter:

Andreas Koutsoudakis, Esq.
DAVIDOFF HUTCHER & CITRON LLP
605 Third Avenue
New York, NY 10158
Tel: 646.428.3235
aak@dhclegal.com
*Attorney for Vendome Hospitality Group, LLC,
and Individually Named Vendome Defendants*

By: _____
C.K. Lee, Esq.